UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| Isaias Ramirez Ramirez, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>Antone Moniz et al, )<br>)<br>Respondent (s). )<br>) | Civil Action No. 25-CV-13048-AK |

## ORDER OF DISMISSAL

**ANGEL KELLEY, D.J.**

In accordance with the Court's Order [Dkt. 33] entered on 2/11/2026, it is hereby

**ORDERED** that the above-entitled action be, and hereby is, **DISMISSED**.

Dated: 2/19/2026											By the Court,

/s/ Courtney Horvath
Deputy Clerk